ACCEPTED
12-15-00029-CV
TWELFTH COURT OF APPEALS
TYLER, TEXAS
7/8/2015 11:00:33 AM
CATHY LUSK
CLERK

NO 12-15-00029-CV

IN THE TWELFTH COURT OF APPEALS

at Tyler, Texas

RECEIVED IN
12th COURT OF APPEALS
TYLER, TEXAS

7/8/2015 11:00:33 AM

CATHY S. LUSK
Clerk

_____

TONYA ALLEN DDS, P.A.,

Appellant

V.

SMITH COUNTY APPRAISAL DISTRICT,

Appellee

**FILED**

**7/8/2015**

**Twelfth Court of Appeals**
**Cathy Lusk**
**Clerk**

_____

Appealed from the 114th Judicial District Court of
Smith County, Texas

_____

APPELLANT'S SUPPLEMENT TO ITS BRIEF

_____

The Eaton Law Firm, PLLC
Michael W. Eaton
Texas Bar No. 06383800
1701 W. Northwest Highway
Suite 100
Grapevine, Texas  76051
Tel. (817) 431-1111
Fax (817) 431-1180

ATTORNEYS FOR APPELLANT
TONYA ALLEN DDS, P.A.

1

CERTIFICATE OF COMPLIANCE

The undersigned hereby certifies that, in accordance with Texas Rule of Appellate Procedure 9.4(i)(2)(B), Appellant's Points Of Error And Brief In Support Thereof contains Two Thousand Four Hundred Fifty Seven (2,457) words, significantly less than the Fifteen Thousand (15,000) word limit provided in the rule. This certificate is being provided to the Court and opposing counsel in fulfillment of Texas Rule of Civil Procedure 9.4(i)(3).

_____
Michael W. Eaton